**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:11-CR-00006-ALM-BD** |
| | § | |
| **DOMINGO YANEZ-RODRIGUEZ (16)** | § | |
| | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 1973 (sealed).

**PROCEDURAL HISTORY**

On April 30, 2012, United States District Judge Marcia A. Crone sentenced defendant Domingo Yanez-Rodriguez to 60 months of imprisonment followed by five years of supervised release. Dkt. 1312. Yanez-Rodriguez's term of supervised release commenced on September 29, 2015. Dkt. 1973 at 1.

In July 2026, a probation officer petitioned the court for a warrant, alleging that Yanez-Rodriguez had violated two conditions of his supervised release. *Id.* Specifically, the petition alleged that Yanez-Rodriguez had violated conditions that required him to not commit another federal, state, or local crime and remain outside of the United States. *Id.* at 1–2. In support of those allegations, the petition asserted that Yanez-Rodriguez was deported from the United States and subsequently reentered illegally. *Id.*

A final revocation hearing was held before me on July 28, 2026. Yanez-Rodriguez pleaded true to both allegations. Minute Entry for July 28, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 2047. The government requested a sentence of six months of imprisonment followed by

no term of supervised release, which is within the federal sentencing policy statements; the defendant agreed. The court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, the court recommends that: (1) Yanez-Rodriguez's supervised release be revoked based on the allegations in the petition for revocation of his supervised release, Dkt. 1973; (2) Yanez-Rodriguez be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months, to run consecutively to any other term of imprisonment; and (3) Yanez-Rodriguez be placed at a facility in the North Texas area, if appropriate.

So **ORDERED** and **SIGNED** this 7th day of August, 2026.

Bill Davis
United States Magistrate Judge