# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-00006-ALM-BD-16 |
| | § | |
| DOMINGO YANEZ-RODRIGUEZ | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #2048) that, based on the allegations in the petition for a warrant, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow, and that Defendant be placed at a facility in the North Texas area, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #2047), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, to run consecutively to any other term of imprisonment, and the Court hereby recommends Defendant be placed at a facility in the North Texas area, if appropriate.

IT IS SO ORDERED.

**SIGNED this 14th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE